UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 10-2367
_____

NICOLE SCHNEYDER

v.

GINA SMITH,
Appellant

v.

LAURA DAVIS, ESQUIRE;
THE DEFENDER ASSOCIATION OF PHILADELPHIA

On Appeal from the United States District Court
for the Eastern District of Pennsylvania

District Court No. 2-06-cv-04986

District Judge: The Honorable Jan E. Dubois
_____

Argued January 26, 2011

Before: McKEE, *Chief Judge*, SMITH, *Circuit Judge*,
and STEARNS, *District Judge**

**ORDER AMENDING OPINION**

**IT IS HEREBY ORDERED** that the concurrence filed on July 29, 2011,

is hereby vacated.  A corrected concurrence shall be filed forthwith.  There are no

substantive changes to the concurrence.

_____

* The Honorable Richard G. Stearns, United States District Judge for the District of Massachusetts, sitting by designation.

BY THE COURT:


/s/ Theodore A. McKee
CHIEF CIRCUIT JUDGE

Dated:  August 5, 2011
tmk/cc: Daniel Silverman, Esq.
        Peter Carr, Esq.
        Alison J. Guest, Esq.
        Todd M. Mosser, Esq.
        Joseph Goldberg, Esq.
        Michael B. Pullano, Esq.